174 A.3d 504

STRUCTURED ASSETS TRUST, PLAINTIFF–RESPONDENT, v. RANDALL R. LONG, DEFENDANT, AND CHARLOTTE F. LEWIS, DEFENDANT-PETITIONER.

C–140 September Term 2017
079329

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000164–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

174 A.3d 505

IN THE MATTER OF KEITH LAYTON, ANCORA PSYCHIATRIC HOSPITAL, DEPARTMENT OF HUMAN SERVICES. (KEITH LAYTON—PETITIONER)

C–147 September Term 2017
079631

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000463–15 having been submitted to this Court, and the Court having considered the same;

200

It is ORDERED that the petition for certification is denied, with costs.

174 A.3d 505

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. C.D., DEFENDANT–
PETITIONER, AND A.H., DEFENDANT. IN THE MATTER OF
THE GUARDIANSHIP OF K.D., A MINOR—RESPONDENT.

C–170 September Term 2017
078827

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001394–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

